FILED

2003 OCT 27 A 10: 01

US [...]

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

-----------------------------------------------------------------X
THOMAS SABELLA and KAREN SABELLA,

                Plaintiffs,

-against-

NORTHEAST GENERATION SERVICES
COMPANY and NORTHEAST UTILITIES,

                Defendants.
-----------------------------------------------------------------X

Civil Action
Docket No. 3:02CV2008 (SRU)(HBF)

October 24, 2003

## MOTION FOR EXTENSION OF DISCOVERY DEADLINE

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(b), the parties hereby move for an extension of the discovery deadline for 30 days (and a similar extension of all dates on the Parties' Planning Report), for the following reasons:

The present discovery deadline is on or about October 27, 2003. All parties have noticed and taken several depositions, and disclosed documents. Nonetheless, there are two additional depositions to be taken and/or completed, and counsel are in the process of scheduling them for shortly after the settlement conference scheduled to be held on November 7, 2003. It is my understanding that defense counsel was involved with a complex matter that involved a significant expenditure of time during the month of October. Accordingly, these two depositions had to be postponed. In addition, plaintiffs have recently provided defendants with documents which they had

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

requested at a prior deposition. Counsels' respective calendars have cleared and counsel will endeavor to complete the required depositions and related discovery within the 30 day extension. Counsel are in agreement on this motion, so that there is no objection.

This is the third motion filed by the parties seeking an extension of the discovery deadline. The first two motions, dated July 21, 2003 and September 17, 2003, respectively, which were granted by this Court, extended the discovery deadline a total of 90 days. The parties do not anticipate any further extensions of the discovery deadline.

FOR THE PLAINTIFFS,

By: _____
Harry J. Nicolay, Jr., (CT24875)
A member of the firm
Collier, Halpern, Newberg, Nolletti & Bock, LLP
One North Lexington Avenue
White Plains, New York 10601
(914) 684-6800

To:
Ann H. Rubin, Esq.
Carmody & Torrance
195 Church Street
P.O. Box 1950
New Haven, Connecticut 06509-1950
Fax: 203-784-3199

Duncan R. MacKay, Esq.
Northeast Utilities Service Company
107 Selden Street
Berlin, Connecticut 06141-0270

*Courtesy Copy:*
Chambers,
The Hon. Holly B. Fitzsimmons
United States Magistrate Judge
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

**CERTIFICATE OF SERVICE**

  This is to certify that a copy of the foregoing Motion for Extension of Discovery Deadline has been served upon the following counsel of record by depositing a true copy thereof in a properly addressed wrapper, deposited in an official depository of -- an overnight courier service -- Federal Express, located at One North Lexington Avenue, White Plains, New York 10601, marked for overnight delivery, prior to the latest time designated by Federal Express for overnight delivery, with signature of receipt requested, this $24^h$ day of October, 2003.

Ann H. Rubin, Esq.
Carmody & Torrance
195 Church Street
P.O. Box 1950
New Haven, Connecticut 06509-1950

Duncan R. MacKay, Esq.
Northeast Utilities Service Company
107 Selden Street
Berlin, Connecticut 06141-0270

*Courtesy Copy:*
Chambers,
The Hon. Holly B. Fitzsimmons
United States Magistrate Judge
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

           _____
           Harry J. Nicolay, Jr. (CT24875)

3