UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

===================================

| | |
|---|---|
| THOMAS SABELLA and <br> KAREN SABELLA, <br> <br> Plaintiffs <br> V. <br> <br> NORTHEAST GENERATION SERVICES <br> COMPANY and NORTHEAST UTILITIES, <br> <br> Defendants. | Civil Action <br> No. 3:02CV02008(CFD) <br> <br> <br> <br> <br> <br> NOVEMBER 12, 2003 |

===================================

### MOTION TO WITHDRAW

Pursuant to Local Rule 15, JAMES K. ROBERTSON hereby seeks to withdraw his appearance on behalf of the defendants, NORTHEAST GENERATION SERVICES COMPANY and NORTHEAST UTILITIES. Maureen Danehy Cox and Ann H. Rubin continue to represent the defendants on this matter. The undersigned represents that the defendants have received actual notice of this Motion to Withdraw.

CARMODY & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law                    Post Office Box 1110
{W1274875}                          Waterbury, CT 06721-1110
                                    Telephone: 203 573-1200

_[signature]_
James K. Robertson, Jr.
Federal Bar # ct05301
Carmody & Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
Phone: (203) 573-1200
Fax: (203) 575-2600
Email: jrobertson@carmodylaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served on the following counsel of record by first class mail, postage prepaid this 12th day of November, 2003.

Philip M. Halpern, Esq.
Collier, Halpern, Newberg, Nolletti & Bock, LLP
970 Summer Street
Stamford, CT 06905
Phone: 203 348-5255
Fax: 914 684-6986
Email: phalpern@chnnb.com


Duncan Ross MacKay, Esq.
Northeast Utilities Service Company
P.O. Box 270
Hartford, CT 06141-0270
Phone: 860 665-3495
Fax: 860 665-5504
Email: mackadr@nu.com

_[signature]_
James K. Robertson, Jr.