UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------X
THOMAS SABELLA and KAREN SABELLA,

                    Plaintiffs,         **NOTICE OF MOTION**

      -against-                 Civil Action Docket
                                              No. 3:02 CV 2008 (SRU)
NORTHEAST GENERATION SERVICES
COMPANY and NORTHEAST UTILITIES,

                    Defendants.
------------------------------------X

**PLEASE TAKE NOTICE** that upon the annexed affidavit of Thomas Sabella, sworn to on December 8, 2003, the Local Rule 56(a)1 Statement dated December 8, 2003, together with all of the exhibits annexed thereto, the Memorandum of Law dated December 8, 2003, and upon all prior pleadings and proceedings heretofore had herein, Thomas and Karen Sabella (hereinafter referred to collectively as the "Plaintiffs" or the "Sabellas") will move this Court before the Honorable Stephen R. Underhill at the United States District Court, District of Connecticut, Bridgeport Courthouse located at 915 Lafayette Boulevard, 4th Floor, Bridgeport, Connecticut 06604, for an Order pursuant to Federal Rule of Civil Procedure 56, a) granting the plaintiffs' partial summary judgment against the defendants Northeast Generation Services Company and Northeast Utilities, (hereinafter referred to collectively as the "Defendants") on the issue of defendants' liability on both causes of action alleged in the complaint, upon the grounds that no triable issue of fact exists which would preclude the entry of

judgment in favor of the Sabellas and that the movant is entitled to judgment as a matter of law; and b) directing that a separate hearing be held by the Court in order to assess the actual amount of plaintiffs' damages in the instant action, together with such other, further and different relief as this Court may deem just and proper in the circumstances, and the costs, disbursements, and interest of this action.

Dated:   White Plains, New York
         December 8, 2003

>                         COLLIER, HALPERN, NEWBERG, NOLLETTI
>                         & BOCK, LLP
>                         Attorneys for Plaintiffs
>
> By:    _____
>        Harry J. Nicolay, Jr. (CT24875)
>        A Member of the Firm
>        One North Lexington Avenue
>        White Plains, NY 10601
>        Telephone: (914) 684-6800
>        Facsimile: (914) 684-6986

To:  Ann H. Rubin, Esq.
     Carmody & Torrance LLP
     195 Church Street, 18th Floor
     P.O. Box 1950
     New Haven, Connecticut 06509-1950


     Duncan R. MacKay, Esq.
     Northeast Utilities Service Company
     P.O. Box 270
     Hartford, Connecticut 06141-0270

2