02cv2008 mowdraw

#27

**MOTION GRANTED.**
**SO ORDERED.**
Stefan R. Underhill, U.S.D.J.

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

===================================

| | |
|---|---|
| THOMAS SABELLA and <br> KAREN SABELLA, <br><br> Plaintiffs <br><br> V. <br><br> NORTHEAST GENERATION SERVICES COMPANY and NORTHEAST UTILITIES, <br><br> Defendants. | Civil Action   SRU <br> No. 3:02CV02008(CFD) <br><br><br><br><br><br> NOVEMBER 12, 2003 |

===================================

## MOTION TO WITHDRAW

Pursuant to Local Rule 15, JAMES K. ROBERTSON hereby seeks to withdraw his appearance on behalf of the defendants, NORTHEAST GENERATION SERVICES COMPANY and NORTHEAST UTILITIES. Maureen Danehy Cox and Ann H. Rubin continue to represent the defendants on this matter. The undersigned represents that the defendants have received actual notice of this Motion to Withdraw.

CARMODY & TORRANCE LLP
Attorneys at Law
{W1274875}
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200