UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS SABELLA and KAREN SABELLA, | : | CIVIL ACTION NO. |
| | : | 3:02 CV2008 (SRU) |
| Plaintiffs, | : | |
| | : | |
| VS. | : | |
| | : | |
| NORTHEAST GENERATION SERVICES | : | |
| COMPANY and NORTHEAST UTILITIES, | : | DECEMBER 29, 2003 |
| | : | |
| Defendants. | : | |

**CROSS MOTION FOR SUMMARY JUDGMENT
IN FAVOR OF DEFENDANTS AND OBJECTION TO
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Rule 56(b) of the Federal Rules of Civil Procedure and Rule 56(a) of the Local Rules for the United States District Court for the District of Connecticut, the defendants, Northeast Generation Services Company ("NGS") and Northeast Utilities ("NU") respectfully request that the Court enter summary judgment in their favor because there is no genuine issue as to any material fact and they are entitled to summary judgment as a matter of law. The defendants further object to the motion for partial summary judgment filed by the plaintiffs, Thomas Sabella and Karen Sabella (collectively, the "Sabellas"), on both causes of action alleged in the plaintiffs' Complaint. A memorandum of law in support of the defendants' cross motion for summary judgment and in opposition to the plaintiffs' motion for partial summary judgment is submitted herewith.

**ORAL ARGUMENT REQUESTED.**

CARMODY & TORRANCE LLP    195 Church Street
Attorneys at Law                       Post Office Box 1950
                                                  New Haven, CT 06509-1950
                                                  Telephone: 203 777-5501

Dated: December 29, 2003

        THE DEFENDANTS,
        NORTHEAST GENERATION SERVICES
        COMPANY and NORTHEAST UTILITIES

BY:    */s/ Ann H. Rubin*
           ANN H. RUBIN (ct04486)
           Carmody & Torrance LLP
           195 Church Street; 18th Floor
           P.O. Box 1950
           New Haven, CT 06509-1950
           Phone: 203-777-5501
           Facsimile: 203-784-3199
           Email: arubin@carmodylaw.com

        Their Attorneys

{W1281398}    2

CARMODY & TORRANCE LLP   195 Church Street
Attorneys at Law   Post Office Box 1950
   New Haven, CT 06509-1950
   Telephone: 203 777-5501

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

Philip M. Halpern, Esq.
Harry J. Nicolay, Jr., Esq.
Collier, Halpern, Newberg, Nolletti & Bock, LLP
One North Lexington Avenue
White Plains, NY  10601
Phone: 914-684-6800
Facsimile: 914-684-6986
Email: phalpern@chnnb.com
Email: hnicolay@chnnb.com

Duncan Ross MacKay, Esq.
Northeast Utilities Service Company
P.O. Box 270
Hartford, CT  06141-0270
Phone: 860-665-3495
Facsimile: 860-665-5504
Email: mackadr@nu.com

*Courtesy Copy:*

Chambers,
The Hon. Holly B. Fitzsimmons
U.S. Magistrate Judge
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT  06604

                                             */s/ Ann H. Rubin*
                                             Ann H. Rubin

CARMODY & TORRANCE LLP   195 Church Street
Attorneys at Law   Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501