UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS SABELLA and KAREN SABELLA, | : | CIVIL ACTION NO. |
| | : | 3:02 CV2008 (SRU) |
| Plaintiffs, | : | |
| | : | |
| VS. | : | |
| | : | |
| NORTHEAST GENERATION SERVICES | : | |
| COMPANY and NORTHEAST UTILITIES, | : | DECEMBER 29, 2003 |
| | : | |
| Defendants. | : | |

## CROSS MOTION FOR SUMMARY JUDGMENT IN FAVOR OF DEFENDANTS AND OBJECTION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rule 56(b) of the Federal Rules of Civil Procedure and Rule 56(a) of the Local Rules for the United States District Court for the District of Connecticut, the defendants, Northeast Generation Services Company ("NGS") and Northeast Utilities ("NU") respectfully request that the Court enter summary judgment in their favor because there is no genuine issue as to any material fact and they are entitled to summary judgment as a matter of law. The defendants further object to the motion for partial summary judgment filed by the plaintiffs, Thomas Sabella and Karen Sabella (collectively, the "Sabellas"), on both causes of action alleged in the plaintiffs' Complaint. A memorandum of law in support of the defendants' cross motion for summary judgment and in opposition to the plaintiffs' motion for partial summary judgment is submitted herewith.

**ORAL ARGUMENT REQUESTED.**

CARMODY & TORRANCE LLP    195 Church Street
Attorneys at Law    Post Office Box 1950
    New Haven, CT 06509-1950
    Telephone: 203 777-5501

Dated: December 29, 2003

        THE DEFENDANTS,
        NORTHEAST GENERATION SERVICES
        COMPANY and NORTHEAST UTILITIES


        BY: _____
              ANN H. RUBIN (ct04486)
              Carmody & Torrance LLP
              195 Church Street; 18th Floor
              P.O. Box 1950
              New Haven, CT 06509-1950
              Phone: 203-777-5501
              Facsimile: 203-784-3199
              Email: arubin@carmodylaw.com

        Their Attorneys

CARMODY & TORRANCE LLP   195 Church Street
Attorneys at Law   Post Office Box 1950
   New Haven, CT 06509-1950
   Telephone: 203 777-5501

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

Philip M. Halpern, Esq.
Harry J. Nicolay, Jr., Esq.
Collier, Halpern, Newberg, Nolletti & Bock, LLP
One North Lexington Avenue
White Plains, NY  10601
Phone: 914-684-6800
Facsimile: 914-684-6986
Email: phalpern@chnnb.com
Email: hnicolay@chnnb.com

Duncan Ross MacKay, Esq.
Northeast Utilities Service Company
P.O. Box 270
Hartford, CT  06141-0270
Phone: 860-665-3495
Facsimile: 860-665-5504
Email: mackadr@nu.com

*Courtesy Copy:*

Chambers,
The Hon. Holly B. Fitzsimmons
U.S. Magistrate Judge
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT  06604

                                                      */s/ Ann H. Rubin*
                                                      Ann H. Rubin

CARMODY & TORRANCE LLP   195 Church Street
Attorneys at Law   Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501