FILED

2003 DEC 31  P 12:00

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS SABELLA and KAREN SABELLA, | : | CIVIL ACTION NO. |
| | : | 3:02 CV2008 (SRU) |
| Plaintiffs, | : | |
| | : | |
| VS. | : | |
| | : | |
| | : | |
| NORTHEAST GENERATION SERVICES | : | |
| COMPANY and NORTHEAST UTILITIES, | : | DECEMBER 30, 2003 |
| | : | |
| Defendants. | : | |

## MOTION TO STRIKE

Pursuant to Federal Rules of Civil Procedure 7(b) and 56(e) and Local Rule of Civil Procedure 56, the defendants respectfully request that this Court enter an order striking the Affidavit of the plaintiff, Thomas Sabella, in its entirety because there is no way to ascertain which portions of it are based upon his personal knowledge as opposed to information and belief. Alternatively, the defendants respectfully request that this Court strike paragraphs 5, 7, 11, 16, 17, 18, 19, both paragraph 20s, 22, 26, and 27 of Mr. Sabella's affidavit because they contain conclusory allegations, legal arguments, hearsay, and/or statements based upon information or belief.

In addition, Exhibits H, I, J, and R to the plaintiffs' Local Rule 56(a)1 Statement must be stricken as improper because they contain an opinion regarding the value of the property that is the subject of the parties' dispute and excerpts from deposition testimony

**ORAL ARGUMENT REQUESTED**

{N0709291}

CARMODY & TORRANCE LLP    195 Church Street
Attorneys at Law           Post Office Box 1950
                           New Haven, CT 06509-1950
                           Telephone: 203 777-5501

prepared by Jay Morris, an individual not competent to testify regarding the matters for which he is cited as an authority. In accordance with the provisions of Local Rule of Civil Procedure 7(a)(1), a memorandum in support of this Motion is annexed hereto.

Dated: December 30, 2003

        THE DEFENDANTS,
        NORTHEAST GENERATION SERVICES COMPANY
        and NORTHEAST UTILITIES

BY: *[signature]*
        ANN H. RUBIN (ct04486)
        Carmody & Torrance LLP
        195 Church Street; 18th Floor
        P.O. Box 1950
        New Haven, CT 06509-1950
        Phone: 203-777-5501
        Facsimile: 203-784-3199
        Email: arubin@carmodylaw.com

        Their Attorneys

CARMODY & TORRANCE LLP   195 Church Street
Attorneys at Law   Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

Philip M. Halpern, Esq.
Harry J. Nicolay, Jr., Esq.
Collier, Halpern, Newberg, Nolletti & Bock, LLP
One North Lexington Avenue
White Plains, NY 10601
Phone: 914-684-6800
Facsimile: 914-684-6986
Email: phalpern@chnnb.com
Email: hnicolay@chnnb.com

Duncan Ross MacKay, Esq.
Northeast Utilities Service Company
P.O. Box 270
Hartford, CT 06141-0270
Phone: 860-665-3495
Facsimile: 860-665-5504
Email: mackadr@nu.com

*Courtesy Copy:*

Chambers,
The Hon. Holly B. Fitzsimmons
U.S. Magistrate Judge
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

                                              */s/ Ann H. Rubin*
                                              Ann H. Rubin

{N0709291}    3

CARMODY & TORRANCE LLP    195 Church Street
Attorneys at Law    Post Office Box 1950
    New Haven, CT 06509-1950
    Telephone: 203 777-5501