02cv2008 argument ime

#26

FILED

UNITED STATES DISTRICT COURT

2003 OCT 27  A 10: 01

DISTRICT OF CONNECTICUT

US [...]

-----------------------------------------------------------------X

THOMAS SABELLA and KAREN SABELLA,

                                        Civil Action
                    Plaintiffs,         Docket No. 3:02CV1122 (SRU)(HBF)  2008

        -against-

NORTHEAST GENERATION SERVICES
COMPANY and NORTHEAST UTILITIES,        October 24, 2003

                    Defendants.
-----------------------------------------------------------------X

## MOTION FOR EXTENSION OF DISCOVERY DEADLINE

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(b), the parties hereby

move for an extension of the discovery deadline for 30 days (and a similar extension of all dates on

the Parties' Planning Report), for the following reasons:

The present discovery deadline is on or about October 27, 2003. All parties have noticed and

taken several depositions, and disclosed documents. Nonetheless, there are two additional

depositions to be taken and/or completed, and counsel are in the process of scheduling them for

shortly after the settlement conference scheduled to be held on November 7, 2003. It is my

understanding that defense counsel was involved with a complex matter that involved a significant

expenditure of time during the month of October. Accordingly, these two depositions had to be

postponed. In addition, plaintiffs have recently provided defendants with documents which they had

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

Motion GRANTED. It is so ORDERED.

RALPH B. FITZSIMMONS, U.S.M.J.

11/13/2003
DATE

Posted 02cv2008