FILED

UNITED STATES DISTRICT COURT

2004 JAN 21  A 9: 58

DISTRICT OF CONNECTICUT

US DISTRICT COURT
BRIDGEPORT CT

---------------------------------------------------------------X
THOMAS SABELLA and KAREN SABELLA,

                              Plaintiffs,

Civil Action
Docket No. 3:02CV2008 (SRU)(HBF)

   -against-

NORTHEAST GENERATION SERVICES
COMPANY and NORTHEAST UTILITIES,

January 20, 2004

                            Defendants.
---------------------------------------------------------------X

## MOTION FOR EXTENSION OF DEADLINE

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(b), the plaintiffs hereby move for an extension of the deadline for submission of the plaintiffs' motion papers in reply to the defendants' opposition to plaintiffs' motion for partial summery judgment; plaintiffs' opposition to defendants' cross-motion for summary judgment; and plaintiff's opposition to defendants' motion to strike, for the following reasons:

On December 11, 2003, plaintiffs filed a motion for partial summary judgment. Subsequently, the defendants' submitted a cross-motion for summary judgment and objection to plaintiffs' motion for partial summary judgment dated December 29, 2003, and a motion to strike dated December 30, 2003.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

As calculated by plaintiffs' attorneys, COLLIER, HALPERN, NEWBERG, NOLLETTI, & BLOCK, the present deadline for submission of plaintiffs' motion papers in reply to the defendants' opposition to plaintiffs' motion for partial summary judgment and plaintiffs' opposition to defendants' cross-motion for summary judgment is on or about January 22, 2004. The present deadline for submission of plaintiffs' opposition to defendants' motion to strike is on or about January 23, 2004. These deadlines include the addition of three additional days pursuant to Federal Rule of Civil Procedure 6(e) due to the fact that defendants' served their motion papers to plaintiffs' counsel via regular mail.

The plaintiffs respectfully request that a one week adjournment of plaintiffs' submission to the above be extended to January 29, 2004, and January 30, 2004 respectively. Plaintiffs were served with two separate and lengthy motions one day apart by the defendants'. Plaintiffs' counsel needs additional time to address the complicated legal issues in the parties' competing motions for summary judgment. In addition, following the service of defendants' motion papers on December 29, 2003, and December 30, 2003, there were two intervening holidays, New Year's Day and Martin Luther King, Jr. Day, which have limited the amount of available time for plaintiffs' counsel to address all of the issues raised in the defendants' two motions. Moreover, plaintiffs' counsel needs several witnesses to review the defendants' motion papers and to submit and sign affidavits in reply and/or opposition to the defendants' papers. These witnesses have had limited availability to review and discuss their affidavits with plaintiffs' counsel, despite diligent efforts by plaintiffs' counsel to do so. Finally, plaintiffs' counsel, Harry J. Nicolay, had a prior personal commitment out of state, and was unavailable to work on this matter from January 15, 2004, through January 19, 2004.

Plaintiffs' counsel, Harry J. Nicolay, has spoken with Ann H. Rubin, Esq., counsel for the defendants, who has taken no position regarding plaintiffs' request for an extension of time, and has

2

presented that the defendants' will not file any opposition to plaintiffs' instant motion for an extension of time.

The plaintiffs have made no prior request for an extension of these motions and do not anticipate any further extensions of the deadlines.

FOR THE PLAINTIFFS,

By: _____
Harry J. Nicolay, Jr., (CT24875)
A member of the firm
Collier, Halpern, Newberg, Nolletti & Bock, LLP
One North Lexington Avenue
White Plains, New York 10601
(914) 684-6800

Ann H. Rubin, Esq.
Carmody & Torrance
195 Church Street
P.O. Box 1950
New Haven, Connecticut 06509-1950
Fax: 203-784-3199

Duncan R. MacKay, Esq.
Northeast Utilities Service Company
107 Selden Street
Berlin, Connecticut 06141-0270

*Courtesy Copy*:

| | |
|---|---|
| Chambers, | Chambers, |
| The Hon. Holly B. Fitzsimmons | Honorable Stefan R. Underhill |
| United States Magistrate Judge | U.S. District Judge |
| United States District Court | United States District Court |
| District of Connecticut | District of Connecticut |
| 915 Lafayette Boulevard | 915 Lafayette Boulevard, 4th Floor |
| Bridgeport, Connecticut 06604 | Bridgeport, Connecticut 06604 |

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion for Extension of Time has been served upon the following counsel of record by depositing a true copy thereof in a properly addressed wrapper, deposited in an official depository of -- an overnight courier service -- Federal Express, located at One North Lexington Avenue, White Plains, New York 10601, marked for overnight delivery, prior to the latest time designated by Federal Express for overnight delivery, with signature of receipt requested, this $20^h$ day of January, 2004.

Ann H. Rubin, Esq.
Carmody & Torrance
195 Church Street
P.O. Box 1950
New Haven, Connecticut 06509-1950

Duncan R. MacKay, Esq.
Northeast Utilities Service Company
107 Selden Street
Berlin, Connecticut 06141-0270

*Courtesy Copy:*
Chambers,
The Hon. Holly B. Fitzsimmons
United States Magistrate Judge
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, Connecticut 06604


Chambers,
Honorable Stefan R. Underhill
U.S. District Judge
U.S. District Court, District of Connecticut
915 Lafayette Boulevard, 4th Floor
Bridgeport, Connecticut 06604

_____
Harry J. Nicolay, Jr. (CT24875)

4