UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 JAN 21  A 9:58

US DISTRICT COURT
BRIDGEPORT CT

-------------------------------------------------X

THOMAS SABELLA and KAREN SABELLA,

                        Plaintiffs,

     -against-

NORTHEAST GENERATION SERVICES
COMPANY and NORTHEAST UTILITIES,

                        Defendants.

-------------------------------------------------X

Civil Action
Docket No. 3:02CV2008 (SRU)(HBF)

January 20, 2004

## MOTION FOR EXTENSION OF DEADLINE

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(b), the plaintiffs hereby move for an extension of the deadline for submission of the plaintiffs' motion papers in reply to the defendants' opposition to plaintiffs' motion for partial summery judgment; plaintiffs' opposition to defendants' cross-motion for summary judgment; and plaintiff's opposition to defendants' motion to strike, for the following reasons:

On December 11, 2003, plaintiffs filed a motion for partial summary judgment. Subsequently, the defendants' submitted a cross-motion for summary judgment and objection to plaintiffs' motion for partial summary judgment dated December 29, 2003, and a motion to strike dated December 30, 2003.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

SO ORDERED.
/s/ Stefan R. Underhill, U.S.D.J.
1/27/04