UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------x
THOMAS SABELLA and KAREN SABELLA,           REPLY AFFIDAVIT AND
                                            AFFIDAVIT IN OPPOSITION
                    Plaintiffs,             TO DEFENDANTS' CROSS-MOTION

         - against -                        Civil Action Docket
                                            No. 3:02 CV 2008 (SRU)
NORTHEAST GENERATION SERVICES
COMPANY and NORTHEAST UTILITIES,

                    Defendants.
------------------------------------x

STATE OF NEW YORK      )
                       ) ss.
COUNTY OF WESTCHESTER  )

   HARRY J. NICOLAY, JR., being duly sworn, deposes and says:

   1. I am a member of the firm of Collier, Halpern, Newberg, Nolletti & Bock, LLP, attorneys for plaintiffs Thomas Sabella and Karen Sabella (hereinafter referred to collectively as the "Plaintiffs" or "Sabellas"), am fully familiar with all of the facts set forth herein, and submit this reply affidavit in further support of plaintiffs' motion for partial summary judgment and in opposition to the defendants' cross-motion for summary judgment, together with such other, further and different relief as this Court may deem just and proper in the circumstances, and the costs, disbursements, interest and attorneys fees of this action.

   2. On or about January 24, 2003, the parties executed a scheduling order which established the deadlines for the completion of the various aspects of discovery in this action. A copy of the scheduling order is annexed hereto as Exhibit A.

   3. Paragraph 7 of the scheduling order mandates that the defendants provide and disclose any expert report to the plaintiffs on or before June 27, 2003. The defendants did not serve the plaintiffs with any such expert report until July 2, 2003. The plaintiffs did not receive this report until on or about July 6, 2003. A copy of the defendants' disclosure notice dated July 2, 2003, which annexed their instant appraisal is annexed hereto as Exhibit B.

4. The defendants should be barred and precluded from offering their expert report and appraisal upon the grounds that it was served by the defendants and received by the plaintiffs after the period permitted by the scheduling order.

5. Prior to the filing of the defendants' opposition to this motion and their motion for summary judgment, the plaintiffs requested that the defendants permit the plaintiffs to obtain an expert appraisal of the subject property. The defendants refused the plaintiffs' request to obtain such an expert and file a report. Given the fact that the defendants have refused to permit the plaintiffs to file an expert report beyond the period provided in the scheduling order, it necessarily follows that the defendants should be precluded from offering their expert report which was also disclosed beyond the period set forth in the scheduling order.

**WHEREFORE**, it is respectfully requested that the plaintiffs' motion for partial summary judgment be granted in its entirety; that defendants' motion for summary judgment be denied in its entirety, together with such other, further and different relief as this Court deems just and proper in the circumstances and the costs, disbursements, interest and attorneys fees of this action.

_____
HARRY J. NICOLAY, JR.

Subscribed and sworn to before
me on January 28, 2004

_____
Notary Public

MARTHA V. ZALESNY
Notary Public, State of New York
No. 01ZA4973047
Qualified in Dutchess County West
Commission Expires October 9, 20 06

3