UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS SABELLA and KAREN SABELLA, : | CIVIL ACTION NO. |
| : | 3:02 CV2008 (SRU) |
| Plaintiffs, : | |
| : | |
| VS. : | |
| : | |
| NORTHEAST GENERATION SERVICES : | |
| COMPANY and NORTHEAST UTILITIES, : | FEBRUARY 11 , 2004 |
| : | |
| Defendants. : | |

**AFFIDAVIT**

I, Arnold J. Grant, III, being duly sworn, hereby depose and say:

1. I am over the age of 18, and I believe in the obligations of an oath.

2. I am a real estate appraiser, certified by the State of Connecticut. I have obtained the designation of MAI Member of the Appraisal Institute.

3. My qualifications as an appraiser are set forth in my report, attached hereto as Exhibit A and incorporated herein by reference.

4. I was engaged to perform an appraisal of the property known as 273 Dividend Road, Rocky Hill, Connecticut, on behalf of Northeast Generation Services, and to give an opinion as to the fair rental value of the property.

{N0713721}

CARMODY & TORRANCE LLP    195 Church Street
Attorneys at Law    Post Office Box 1950
    New Haven, CT 06509-1950
    Telephone: 203 777-5501

5.  As set forth in detail in my report, attached as Exhibit A, I personally performed an inspection of the premises as of the stated date. My employee and I also conducted the activities described in my report with respect to the property.

6.  All of the information contained in my report is true and accurate.

7.  Based on my inspection and analysis as set forth in my report, I concluded that the annual fair market rental value of the premises, before any changes by the tenant, as of June 1, 1999, was $193,050; and that the annual fair market value of the premises, as of the same date, and after changes made by the tenant, was $211,500. I also concluded that the annual fair market rental value of the premises, before any changes by the tenant, as of June 3, 2002, was $207,900; and that the annual fair market value of the premises, as of the same date, and after changes made by the tenant, was $225,600. My opinions as to value are set forth in my report.

_____
Arnold J. Grant, III

Subscribed and sworn to before me
on this 11th day of February, 2004.

_____
Commissioner of the Superior Court /
Notary Public
My Commission Expires: 10/31/06

{N0713721}    2

CARMODY & TORRANCE LLP    195 Church Street
Attorneys at Law    Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501