UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS SABELLA and KAREN SABELLA, | : | CIVIL ACTION NO. |
| | : | 3:02 CV2008 (SRU) |
| Plaintiffs, | : | |
| | : | |
| VS. | : | |
| | : | |
| NORTHEAST GENERATION SERVICES | : | |
| COMPANY and NORTHEAST UTILITIES, | : | FEBRUARY 11, 2004 |
| | : | |
| Defendants. | : | |

**AFFIDAVIT OF JAMES DONOHUE IN OPPOSITION TO PLAINTIFFS' MOTION
FOR PARTIAL SUMMARY JUDGMENT
AND IN SUPPORT OF CROSS MOTION FOR SUMMARY JUDGMENT**

I, James Donohue, after being duly sworn, depose and say the following:

1. I am over the age of 18.

2. I believe in the obligations of an oath and make the statements within this affidavit based upon my own personal knowledge, and the books and records of defendants.

3. I am currently employed by Northeast Generation Services Company ("NGS") as Manager of Technical Services. As of June 1999, I was employed by NGS as Manager of Administrative Services.

{N0713812}

4.  While a tenant in the commercial building located at 273 Dividend Road, Rocky Hill, Connecticut (the "Premises"), NGS made several improvements to the property with the consent of the landlord.

5.  I supervised and am familiar with the work NGS performed on the Premises.

6.  NGS spent approximately $1.3 million on these improvements to the premises.

Dated at Rocky Hill, Connecticut, this 11th day of February, 2004.

_____
James Donohue

Subscribed and sworn to before me this 11th day of February 2004.

_____
Notary Public

My Commission Expires: 1/30/08