```
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------X
THOMAS SABELLA and KAREN SABELLA,

                Plaintiffs,           **MOTION TO STRIKE**


        -against-                     Civil Action Docket
                                      No. 3:02 CV 2008 (SRU)
NORTHEAST GENERATION SERVICES
COMPANY and NORTHEAST UTILITIES,

                Defendants.
------------------------------------X
```

    **PLEASE TAKE NOTICE** that upon the annexed affidavit of Harry J. Nicolay, Jr., sworn to on February 13, 2004, and the Memorandum of Law dated February 13, 2004, Thomas and Karen Sabella (hereinafter referred to collectively as the "Plaintiffs"), respectfully request pursuant to Federal Rules of Civil Procedure 7(b) and 56 and Local Rule of Civil Procedure 56, that this Court enter an order striking the Appraisal by Arnold J. Grant Associates, Inc. (hereinafter referred to as the "Grant Appraisal") and attached as Exhibit L to the Defendants' Local Rule 56(a)1 Statement and Exhibit F to Defendants' Local Rule 56(a)2 because it contains hearsay.

    In addition, paragraphs 17, 18, 19, 20, 27 to the Defendants' Local Rule 56(a)1 Statement and paragraph 22 of the Defendants' Local Rule 56(a)2 must be stricken as hearsay because they are based upon information contained in the Grant Appraisal.

    **ORAL ARGUMENT REQUESTED**

Dated:    White Plains, New York
          February 17, 2004

                              COLLIER, HALPERN, NEWBERG, NOLLETTI
                              & BOCK, LLP
                              Attorneys for Plaintiffs

                        By:   _____
                              Harry J. Nicolay, Jr. (CT24875)
                              A Member of the Firm
                              One North Lexington Avenue
                              White Plains, NY 10601
                              Telephone: (914) 684-6800
                              Facsimile:(914)684-6986

To:  Ann H. Rubin, Esq.
     Carmody & Torrance LLP
     195 Church Street, 18th Floor
     P.O. Box 1950
     New Haven, Connecticut 06509-1950

     Duncan R. MacKay, Esq.
     Northeast Utilities Service Company
     P.O. Box 270
     Hartford, Connecticut 06141-0270

     *Courtesy Copy*:
     Chambers,
     The Hon. Holly B. Fitzsimmons
     United States Magistrate Judge
     United States District Court
     District of Connecticut
     915 Lafayette Boulevard
     Bridgeport, Connecticut 06604

     Chambers,
     Honorable Stefan R. Underhill
     U.S. District Judge
     U.S. District Court, District of Connecticut
     915 Lafayette Boulevard, 4th Floor
     Bridgeport, Connecticut 06604

**CERTIFICATE OF SERVICE**

    This is to certify that a copy of the foregoing Motion to Strike has been served upon the following counsel of record by Federal Express, postage prepaid this 17th day of February, 2004.

To:  Ann H. Rubin, Esq.
     Carmody & Torrance LLP
     195 Church Street, 18th Floor
     P.O. Box 1950
     New Haven, Connecticut 06509-1950

     Duncan R. MacKay, Esq.
     Northeast Utilities Service Company
     P.O. Box 270
     Hartford, Connecticut 06141-0270

     *Courtesy Copy*:
     Chambers,
     The Hon. Holly B. Fitzsimmons
     United States Magistrate Judge
     United States District Court
     District of Connecticut
     915 Lafayette Boulevard
     Bridgeport, Connecticut 06604

     Chambers,
     Honorable Stefan R. Underhill
     U.S. District Judge
     U.S. District Court, District of Connecticut
     915 Lafayette Boulevard, 4th Floor
     Bridgeport, Connecticut 06604

                              _____
                              Harry J. Nicolay, Jr. (CT24875)