UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
----------------------------------------------------------------X
THOMAS SABELLA and KAREN SABELLA,

                                  AFFIDAVIT IN SUPPORT

             Plaintiffs,

        -against-

NORTHEAST GENERATION SERVICES          Civil Action
COMPANY and NORTHEAST UTILITIES,       Docket No. 3:02CV1122 (SRU)

             Defendants.
----------------------------------------------------------------X


UNITED STATES DISTRICT COURT    :
                                 : ss.:
STATE OF NEW YORK              :

     I, Harry J. Nicolay, Jr., being duly sworn, depose and state:

     1.     I am a member of the firm of Collier, Halpern, Newberg, Nolletti & Bock, LLP, attorneys for plaintiffs Thomas and Karen Sabella ("hereinafter Sabella") and am fully familiar with all of the facts and circumstances herein and submit this affidavit in support of Sabella'a motion to strike an exhibit, Exhibit L, the Grant Appraisal, to defendants' Local Rule 56(a)(1) Statement of Northeast Generation Services Company and Northeast Utilities in Support of Their Cross-Motion for Summary Judgment," dated Dec. 29, 2003 (Def. Rule 56 Statement") and five paragraphs within that Rule 56 Statement.

     2.     The elements of the Grant Appraisal essential to defendants' pending motion for summary judgment are impermissibly founded on hearsay statements and on summaries of unauthenticated documents.

     3.     The plaintiffs seek, accordingly, to strike the Grant Appraisal.  A copy of that document is attached as Exhibit A.

4.    The plaintiffs also seek to strike paragraphs 17-20 and 27 of the Def. Rule 56 Statement, which are founded and reliant on the information within the Grant Appraisal.  A copy of the Rule 56 Statement, without exhibits, is attached as Exhibit B.

WHEREFORE, for the reasons stated in plaintiffs' accompany memorandum of law, the Sabella's request that the Court strike the Grant Appraisal from the defendants' Rule 56 Statement, Exhibit L, as well as paragraphs 17 through 20 and 27 of that document,  together with such other, further and different relief as the Court deems just and proper, together with the costs and disbursements of this motion.


_____
HARRY J. NICOLAY, JR.



Subscribed and sworn to before
me on February 13, 2004.



_____
        Notary Public