UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------x
THOMAS SABELLA and :
KAREN SABELLA, :
: Civil Action No.
Plaintiff : 3:02CV2008 (SRU)(HBF)
:
-against- :
:
NORTHEAST GENERATION :
SERVICES COMPANY and :
NORTHEAST UTILITIES, :
:
Defendants. : MARCH 9, 2004
---------------------------------------------------------x

**MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM OF LAW
IN OPPOSITION TO MOTION TO STRIKE GRANT APPRAISAL**

Pursuant to Federal Rules of Civil Procedure Rule 6(b) and Local Rule 9(b), defendants hereby move for an extension of time to file their memorandum of law in opposition to plaintiffs' motion to strike the appraisal of Arnold Grant, through and including March 16, 2004. Defendants require additional time to file their memorandum because counsel are working to resolve at least a portion of the motion without court intervention. Plaintiffs' counsel consents to the requested extension.

**ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED**

{N0715241}

This is the first motion filed by defendants seeking extension of the time to file their memorandum of law in opposition to the motion to strike.

DEFENDANTS,

NORTHEAST GENERATION SERVICES
COMPANY AND NORTHEAST UTILITIES

By: _____
Ann H. Rubin
Federal Bar No. ct04486
Carmody & Torrance LLP
195 Church Street; 18th Floor
P.O. Box 1950
New Haven, CT 06509-1950
Telephone: 203-777-5501
Facsimile:  203-784-3199
E-mail: arubin@carmodylaw.com
Their Attorneys

{N0715241}                                          2

CARMODY & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law          Post Office Box 1110
                          Waterbury, CT 06721-1110
                          Telephone: 203 573-1200

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served on the following counsel of record by first class mail, postage prepaid on the above written date to:

Philip M. Halpern, Esq.
Melinda Vollmer, Esq.
Harry J. Nicolay, Jr., Esq.
Collier, Halpern, Newberg, Nolletti & Bock, LLP
One North Lexington Avenue
White Plains, NY 10601
Phone: 914-684-6800
Facsimile: 914-684-6986
E-mail: phalpern@chnnb.com
E-mail: mvollmer@chnnb.com
E-mail: hnicolay@chnnb.com

Duncan Ross MacKay, Esq.
Northeast Utilities Service Company
P.O. Box 270
Hartford, CT 06141-0270
Phone: 860 665-3495
Fax: 860 665-5504
E-mail: mackadr@nu.com

*Courtesy Copy:*

Chambers,
The Hon. Holly B. Fitzsimmons
U.S. Magistrate Judge
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Ann H. Rubin

{N0715241}                               3