#50

**FILED**
2004 MAR 10 A 10: 27
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------x
THOMAS SABELLA and
KAREN SABELLA,

        Plaintiff

-against-

NORTHEAST GENERATION
SERVICES COMPANY and
NORTHEAST UTILITIES,

        Defendants.
------------------------------------------------------x

Civil Action No.
3:02CV2008 (SRU)(HBF)

MARCH 9, 2004

FILED 2004 MAR 16 A 8:49 U.S. DISTRICT COURT BRIDGEPORT, CONN

GRANTED; ABSENT OBJECTION.
SO ORDERED 3/15/04
/s/ Stefan R. Underhill, U.S.D.J.

## MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO STRIKE GRANT APPRAISAL

Pursuant to Federal Rules of Civil Procedure Rule 6(b) and Local Rule 9(b), defendants hereby move for an extension of time to file their memorandum of law in opposition to plaintiffs' motion to strike the appraisal of Arnold Grant, through and including March 16, 2004. Defendants require additional time to file their memorandum because counsel are working to resolve at least a portion of the motion without court intervention. Plaintiffs' counsel consents to the requested extension.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

{N0715241}

CARMODY & TORRANCE LLP   50 Leavenworth Street
Attorneys at Law   Post Office Box 1110
   Waterbury, CT 06721-1110
   Telephone: 203 573-1200