UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUL 13  A 11: 47

US DISTRICT COURT
BRIDGEPORT CONN

THOMAS SABELLA AND KAREN SABELLA,  :
      Plaintiffs                    : CIVIL ACTION NO.
                                              : 3:02cv02008 (SRU)(HBF)

v.

NORTHEAST GENERATION SERVICES
COMPANY AND NORTHEAST UTILITIES,
      Defendants.                 : JULY 12, 2004

## MOTION FOR CONTINUANCE OF ORAL ARGUMENT

The defendants respectfully request that the court continue oral argument on the Motions for Summary Judgment (Documents 28 and 34), and Motions to Strike (Documents 40 and 55), currently scheduled for August 18, 2004. Defendants request that the arguments be rescheduled because lead counsel, Ann H. Rubin, will be out of state on vacation on August 18. Plaintiff's counsel, Harry Nicolay, consents to the requested continuance.

                                                  DEFENDANTS,
                                                  NORTHEAST GENERATION SERVICES
                                                  COMPANY and NORTHEAST UTILITIES

                                          By: _____
                                                      Ann H. Rubin
                                                      Federal Bar No. ct04486
                                                      Carmody & Torrance LLP
                                                      195 Church Street; 18th Floor
                                                      P.O. Box 1950
                                                      New Haven, CT 06509-1950
                                                      Telephone: 203-777-5501
                                                      Facsimile: 203-784-3199
                                                      E-mail: arubin@carmodylaw.com

                                                      Their Attorneys

{N0719801}
CARMODY & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law                              Post Office Box 1110
                                             Waterbury, CT 06721-1110
                                             Telephone: 203 573-1200

## CERTIFICATION

      I hereby certify that a copy of the foregoing was mailed this 12th day of July, 2004 to:

Philip M. Halpern, Esquire
Collier, Halpern, Newberg, Nolletti &
  Bock, LLP
1111 Summer Street
Stamford, CT 06905
E-mail: phalpern@chnnb.com
*Counsel for Plaintiffs*

Duncan Ross MacKay, Esq.
Angela L. Ruggiero, Esq.
Northeast Utilities Service Company
P.O. Box 270
Hartford, CT 06141-0270
Phone: 860 665-3495
Fax: 860 665-5504
E-mail: mackadr@nu.com
*Counsel for Defendants*

Harry J. Nicolay, Jr., Esq.
Collier, Halpern, Newberg, Nolletti &
  Bock, LLP
One North Lexington Avenue
White Plains, NY 10601
Phone: 914-684-6800
Facsimile: 914-684-6986
hnicolay@chnnb.com
*Counsel for Plaintiffs*

                        */s/ Ann H. Rubin*
                        Ann H. Rubin