UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------X
THOMAS SABELLA and KAREN SABELLA,

              Plaintiffs,          Civil Action Docket
                                  No. 3:02 CV 2008 (SRU)

       -against-

NORTHEAST GENERATION SERVICES
COMPANY and NORTHEAST UTILITIES,

              Defendants.
---------------------------------X

## MOTION FOR EXTENSION OF DEADLINE

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(b), the plaintiffs hereby move for an extension of the deadline for the dismissal date of the above-captioned matter for the following reasons:

The present deadline for the dismissal of the above-captioned action pursuant to Local Rule 41(b), is October 21, 2004. The parties have in fact settled this action for payment of the total sum of one hundred and fifty thousand dollars ($150,000.00) by the defendants to the plaintiffs. Both the plaintiffs and defendants have executed General Releases, and a Notice of Voluntary Dismissal, which are being held in escrow by the parties' counsel upon clearance of the settlement check and receipt of the proceeds. Plaintiffs' counsel, Harry J. Nicolay, is waiting for the clearance of the settlement check tendered by defendants, and expects that such check will clear the bank by Tuesday, October 26, 2004.

Accordingly, the plaintiffs request that the deadline for the dismissal date in this action be extended, from October 21, 2004 to October 26, 2004, in order to allow for adequate time for the clearance of the settlement check and receipt of the proceeds.

Plaintiffs' counsel has spoken with Ann H. Rubin, Esq., counsel for the defendants, who has agreed to the plaintiffs' request for an extension of time.

The plaintiffs have made no prior request for an extension of time in this regard and do not anticipate any further extensions of the deadline.


**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**


Dated:    White Plains, New York
          October 20, 2004

                              COLLIER, HALPERN, NEWBERG, NOLLETTI
                              & BOCK, LLP
                              Attorneys for Plaintiffs

                    By:     _____
                              Harry J. Nicolay, Jr. (CT24875)
                              A Member of the Firm
                              One North Lexington Avenue
                              White Plains, NY 10601
                              Telephone: (914) 684-6800
                              Facsimile: (914) 684-6986

2

To:  Ann H. Rubin, Esq.
Carmody & Torrance LLP
50 Leavenworth Street, P.O. Box 1110
Waterbury, Connecticut 06721-1110

Duncan R. MacKay, Esq.
Northeast Utilities Service Company
P.O. Box 270
Hartford, Connecticut 06141-0270

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion For Extension of Deadline has been served upon the following counsel of record by depositing a true copy thereof in a properly addressed wrapper, deposited in an official depository of -- an overnight courier service -- Federal Express, located at One North Lexington Avenue, White Plains, New York 10601, marked for overnight delivery, prior to the latest time designated by Federal Express for overnight delivery, with signature of receipt requested, this 20th day of October, 2004.

To:   Ann H. Rubin, Esq.
      Carmody & Torrance LLP
      50 Leavenworth Street, P.O. Box 1110
      Waterbury, Connecticut 06721-1110


      Duncan R. MacKay, Esq.
      Northeast Utilities Service Company
      P.O. Box 270
      Hartford, Connecticut 06141-0270


      *Courtesy Copy (Via Facsimile - 203-579-5704):*
      Chambers,
      Honorable Stefan R. Underhill
      U.S. District Judge
      U.S. District Court, District of Connecticut
      915 Lafayette Boulevard, 4th Floor
      Bridgeport, Connecticut 06604

_____
Harry J. Nicolay, Jr. (CT24875)