UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
----------------------------------------X
THOMAS SABELLA and KAREN SABELLA,

                Plaintiffs,

      -against-

NORTHEAST GENERATION SERVICES
COMPANY and NORTHEAST UTILITIES,

              Defendants.
----------------------------------------X

FILED

2004 OCT 26  A 9: 49

**STIPULATION** COURT
**FOR DISMISSAL**

Civil Action Docket
No. 3:02 CV 2008 (SRU)

    It is hereby stipulated that the above-entitled action may be dismissed with prejudice, each party to bear his own costs.

Dated:    White Plains, New York
          October 15, 2004

                            COLLIER, HALPERN, NEWBERG, NOLLETTI
                            & BOCK, LLP
                            Attorneys for Plaintiffs

           By:   _____
                            Harry J. Nicolay, Jr. (CT24875)
                            A Member of the Firm
                            One North Lexington Avenue
                            White Plains, NY 10601
                            Telephone: (914) 684-6800
                            Facsimile:(914)684-6986

                            CARMODY & TORRANCE LLP
                            Attorneys for Defendants

           By:  _____
                            Ann H. Rubin, Esq. (CT04486)

                            195 Church Street, 18th Floor
                            P.O. Box 1950
                            New Haven, Connecticut 06509-1950
                            Telephone (203) 777-5501
                            Facsimile (203) 784-3199