UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS SABELLA AND KAREN SABELLA, | : |
| Plaintiffs | : CIVIL ACTION NO.: |
| | : 3:02cv02008 (SRU)(HBF) |
| v. | : |
| | : |
| NORTHEAST GENERATION SERVICES | : |
| COMPANY AND NORTHEAST UTILITIES, | : |
| Defendants. | : OCTOBER 25, 2004 |

### MOTION TO DISMISS IN ACCORDANCE WITH STIPULATION

Pursuant to Rule 41(a) of the Rules of this Court, defendants hereby move to dismiss this case, with prejudice and without costs, in accordance with the written stipulation of the parties submitted herewith.

DEFENDANTS,
NORTHEAST GENERATION SERVICES
COMPANY and NORTHEAST UTILITIES

By: /s/ Ann H. Rubin
Ann H. Rubin
Federal Bar No. ct04486
Carmody & Torrance LLP
195 Church Street; 18th Floor
P.O. Box 1950
New Haven, CT 06509-1950
Telephone: 203-777-5501
Facsimile: 203-784-3199
E-mail: arubin@carmodylaw.com

Their Attorneys

CARMODY & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law          Post Office Box 1110
                          Waterbury, CT 06721-1110
                          Telephone: 203 573-1200

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on the above date to:

Philip M. Halpern, Esquire
Collier, Halpern, Newberg, Nolletti & Bock, LLP
1111 Summer Street
Stamford, CT 06905
E-mail: phalpern@chnnb.com
*Counsel for Plaintiffs*

Duncan Ross MacKay, Esq.
Angela L. Ruggiero, Esq.
Northeast Utilities Service Company
P.O. Box 270
Hartford, CT 06141-0270
Phone: 860 665-3495
Fax: 860 665-5504
E-mail: mackadr@nu.com
*Counsel for Defendants*

Harry J. Nicolay, Jr., Esq.
Collier, Halpern, Newberg, Nolletti & Bock, LLP
One North Lexington Avenue
White Plains, NY 10601
Phone: 914-684-6800
Facsimile: 914-684-6986
hnicolay@chnnb.com
*Counsel for Plaintiffs*

_____
Ann H. Rubin

{N0725347}
CARMODY & TORRANCE LLP
Attorneys at Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200